

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jason Michael FRAZIER, Petitioner

No. 531 WAL 2016

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Eric RAMBERT, Petitioner

No. 509 WAL 2016

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony Duane SMITH, Petitioner

No. 507 WAL 2016

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

M.G., Respondent

v.

S.J., Petitioner

No. 92 WAL 2017

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Mark Joseph COWDER, Petitioner

**No. 456 WAL 2016**

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

Suzanne STAHL, Respondent

v.

Christian STAHL, Petitioner

**No. 825 MAL 2016**

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal and Application for Temporary Injunctive Relief are **DENIED.**

M.G., Respondent

v.

S.J., Petitioner

M.G., Respondent

v.

S.J., Petitioner

**No. 470 WAL 2016**
**No. 471 WAL 2016**

Supreme Court of Pennsylvania.

April 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of April, 2017, the Petition for Allowance of Appeal and Application for Consolidation are **DENIED.**